# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

Robert J. Mirel, Esq.
Member NY & NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024
```

May 14, 2024

**VIA CM/ECF**
Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square - Courtroom 906
New York, NY 10007

          Re:   Girotto v. Alex Mill Company, LLC, et al.
                Case 1:23-cv-04735-MMG

Dear Judge Garnett:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    On March 13, 2024, an Order of Dismissal was signed by your Honor [D.E. 34] providing Plaintiff's counsel thirty (30) days within not to dismiss this matter, should the settlement not be consummated. An Order [D.E. 36] granting an extension of the dismissal deadline was issued on April 15, 2024.

    As of this date, the settlement is not yet fully consummated. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension,, until June 15, 2024, to finalize settlement in this matter.

    The Court is advised that this is the Plaintiff's second request to extend the dismissal deadline in this case. Thank you for your attention to this matter.

Yours very truly,

THE WEITZ LAW FIRM, P.A.

By: *Robert J. Mirel*
Robert J. Mirel, Esq.

---

Letter-motion for extension GRANTED. The case remains closed. The deadline to reopen the case is now **June 15, 2024.** The Clerk of Court is directed to terminate Dkt. No. 37.

SO ORDERED. Date 5/17/2024

*[signature]*
HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE